UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SHEN CHEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:18-cv-0038-VEH-TMP |
| SCOTT HASSELL, et al., | ) ) ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

On March 27, 2018, the magistrate judge filed a report and recommendation in this action, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Therefore, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C § 2241 is due to be **DISMISSED** as **MOOT**. An Order of Final Judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this 24th day of April, 2018.

                                                         _____
                                                         **VIRGINIA EMERSON HOPKINS**
                                                         United States District Judge